```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
                CASE NO. 08-14034-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JOSE JIMENEZ-SANCHEZ,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on July 23, 2008. A Report and Recommendation filed on July 29, 2008 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts Two and Three of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2008.

                                                  _____
                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Diana Acosta, AUSA
        Robin Rosen-Evans, AFPD
```